## WEBSTER *et al. v.* PIERCE *et al.*

### April Term, 1864.

A MOTION for an extension of the time for filing a transcript of the record in this court, must be in writing, and supported by affidavit.

APPEAL from the Superior Court of Chicago.

On the second day of the term, Mr. REED moved the court for a rule granting further time within which to file the record in this cause, and inquired whether the motion should be in writing.

Per CURIAM: The practice of the court requires the motion to be in writing, accompanied by an affidavit setting forth the grounds upon which it is based.